UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YURI DULGARYAN, | CASE NO. C26-5402JLR |
| Plaintiff, | ORDER |
| v. | |
| VIRGINIA MASON FRANCISCAN HEALTH / COMMONSPIRIT HEALTH, et al., | |
| Defendants. | |

On April 24, 2026, the court dismissed *pro se* Plaintiff Yuri Dulgaryan's complaint against Defendants Virginia Mason Franciscan Health / CommonSpirit Health, Dr. Ma, and Jane Doe for lack of subject matter jurisdiction after reviewing the complaint under 28 U.S.C. § 1915(e)(2)(B).  (4/24/26 Order (Dkt. # 5); *see* Compl. (Dkt. # 4).)  The court granted Mr. Dulgaryan leave to file an amended complaint by no later than May 26, 2026.  (4/24/26 Order at 5.)  The court warned Mr. Dulgaryan that failure to timely file an

ORDER - 1

amended complaint that cured the deficiencies identified in the April 24, 2026 order would result in the dismissal of his complaint, and this action, without prejudice. (*Id.*)

Mr. Dulgaryan did not file an amended complaint before the May 26, 2026 deadline expired. (*See generally* Dkt.) Therefore, the court DISMISSES Mr. Dulgaryan's complaint, and this action, without prejudice.

Dated this 28th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2